IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELVERT DELON BROWN;
2. ZBIGNIEW GROT;
3. **GREGORY W. CHMURA; and**
4. **JOLANTA MOGIELNICKA CHMURA,**

    Defendants.

---

## ORDER TO RESET STATUS CONFERENCE
---

This matter is before the Court *sua sponte*. The status conference on behalf of Defendants Gregory and Jolanta Chmura currently set for April 26, 2006 at 9:00 a.m. is RESET to April 26, 2006 **at 1:00 p.m.**

    DATED: April 20, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*
                                              _____
                                              Phillip S. Figa
                                              United States District Judge