IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELBERT DELON BROWN;
2. ZBIGNIEW GROT;
3. **GREGORY W. CHMURA; and**
4. **JOLANTA MOGIELNICKA CHMURA**,

    Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed on behalf of Defendant Gregory W. Chmura (Dkt. # 57) and Defendant Jolanta M. Chmura (Dkt. # 58) in the above matter. It is hereby

ORDERED that the status conference set for May 19, 2006 at 3:00 p.m. is VACATED and a Change of Plea hearing is set on behalf of both Defendants Chmura for **July 12, 2006 at 10:00 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on July 9, 2006.** <u>If these documents are not timely</u>

<u>submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **<u>The original and one copy</u> of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (**see **D.C.COLO.LCrR 11.1F).**

DATED: May 18, 2006

BY THE COURT:

*s/ Philip S. Figa*

_____
Phillip S. Figa
United States District Judge