IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ELBERT DELON BROWN;
2.  ZBIGNIEW GROT;
3.  **GREGORY W. CHMURA; and**
4.  **JOLANTA MOGIELNICKA CHMURA**,

    Defendants.

---

### ORDER RESETTING CHANGE OF PLEA HEARING

---

This matter is before the Court *sua sponte*. The change of plea hearing on behalf of Defendants Gregory W. Chmura and Jolanta Mogielnicka Chmura currently set for July 12, 2006 is RESET to **Friday, July 14, 2006 at 10:00 a.m. Currently copies of the defendant's statement and plea agreement shall be delivered to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on July 12, 2006.**

    DATED:  June 13, 2006

                                                             BY THE COURT:

                                                             *s/ Phillip S. Figa*

                                                              _____
                                                              Phillip S. Figa
                                                              United States District Judge