IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ELBERT DELON BROWN;
2.  ZBIGNIEW GROT;
3.  **GREGORY W. CHMURA; and**
4.  **JOLANTA MOGIELNICKA CHMURA,**

    Defendants.

---

## ORDER RESETTING CHANGE OF PLEA HEARING

---

Pursuant to a conference with government and defense counsel on July 11, 2006, the change of plea hearing on behalf of Defendants Gregory W. Chmura and Jolanta M. Chmura currently set for July 14, 2006 is RESET to **Tuesday, August 8, 2006 at 10:00 a.m.  Courtesy copies of the defendant's statement and plea agreement shall be delivered to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on August 4, 2006.**

    DATED:  July 11, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge